SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**NATASHA M. GEILING, CASB #341432**
Assistant United States Attorney
Natasha.Geiling@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-mj-00236** |
| **v.** | **MOTION TO UNSEAL CASE** |
| **RYAN SHERMAN,** | |
| **Defendant.** | |

The United States of America hereby moves this Court for an order unsealing the entire case in the above caption. There is no longer any need to maintain the secrecy of the information contained in the record.

Dated: August 25, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Natasha M. Geiling*
NATASHA M. GEILING, CASB #341432
Assistant United States Attorney