**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**RYAN SHERMAN,**

**Defendant.**

**3:26-mj-00236**

**ORDER TO UNSEAL CASE**

Upon the motion of the government,

IT IS HEREBY ORDERED that the Clerk unseal the entire case in the above caption.

Dated: August 25, 2026

Stacie F. Beckerman

HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/ Natasha M. Geiling*
NATASHA M. GEILING, CASB #341432
Assistant United States Attorney