AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.

Ryan Sherman
*Defendant*

Case No. 3:26-mj-00236

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* RYAN SHERMAN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2)

Distribution of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2), (b)(1)

Production of Obscene Visual Representation of Child Sexual Abuse in violation of 18 U.S.C. § 1466A(a)(1)

Date: 08/24/2026

Stacie F. Beckerman
*Issuing officer's signature*

City and state: Portland, Oregon

Honorable Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 08/24/26, and the person was arrested on *(date)* 08/25/26
at *(city and state)* Seaside Oregon.

Date: 08/26/26

[signature]
*Arresting officer's signature*

Jeremy Ryan Humphrey TFO Det
*Printed name and title*